# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 23-MJ-266 |
| v. : | |
| : | |
| GRAHAM DANIEL ASH, : | |
| : | |
| Defendant. : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Rachel Forman. AUSA Rachel Forman will be substituting for AUSA Amy Larson.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ *Rachel Forman*
RACHEL FORMAN
VA Bar No. 89169
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-252-7278
Rachel.forman2@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 31st day of October, 2023, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

    /s/ *Rachel Forman*
RACHEL FORMAN
Assistant United States Attorney