AO 442 (Rev. 11/11) Arrest Warrant

11601655

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:23-mj-00266 |
| Graham Daniel Ash | ) Assigned To : Upadhyaya, Moxila A. |
| | ) Assign. Date : 10/4/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

U.S. MARSHAL-DC PM1:04
RECEIVED OCT 4 '23

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                      Graham Daniel Ash                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) - Distribution of Child Pornography;
18 U.S.C. §2422(b) - Coercion and Enticement of a Minor.

Date:     10/04/2023

*Issuing officer's signature*

City and state:     Washington, D.C.            Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* Oct 4, 2023, and the person was arrested on *(date)* Nov 1, 2023
at *(city and state)* Wash, DC.

Date: Nov 2, 2023

*Arresting officer's signature*

DUSM F. Vitch
*Printed name and title*